**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 25-CR-0117-JFH** |
| | ) | |
| **LEXIE RENEE FRENCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant, Lexie French by and through her attorney, Terry L. Weber respectfully submits this sentencing memorandum for the court's consideration in fashioning an appropriate sentence for Lexie French.

Lexie French recognizes that her offense is serious and demands punishment. She has accepted responsibility for her conduct. She understands the consequences of her previous actions and will not repeat those actions.

Lexie French has no criminal history, not even an arrest.

The United States Supreme Court directs sentencing courts to look beyond the crime and tailor a sentence to the convicted person. *see Pepper v. United States,* 562 US 467 (2011). "It has been uniform and constant in the federal sentencing tradition for the sentencing judge to consider every convicted person as an individual and every case is a unique study in the human failings that sometimes mitigate,

1

sometimes magnify, the crime and punishment to ensue." (citing *Koons v. United States*, 518 US 81, 113 (1996)).

Before this court is a 43-year-old that has made soon terrible decisions. By way of explanation, not as an excuse,  Lexie French's actions can be, at least in part, based on her tumultuous marriage to Ryan French. A marriage that  included both mental and physical abuse. A stronger person would have been able to leave the situation, but Lexie French was not that strong person. She had three small children, no independent income and an extended family that did not have the resources to help. As a result, she made some very bad decisions. The letter from the Lexie French's mother, LiAnn Currier, explains in detail the situation she faced. As the court is aware situations like Lexie French's have their origin in spousal abuse and syndromes like Stockholm Syndrome. Stockholm Syndrome is an emotional response that some people have towards a captor or an abuser. It happens to some abuse and hostage victims  when they have positive feelings toward an abuser or captor. A person might be abused and severely threatened by captor or an abuser, but they may also rely on them to survive. If the abuser is kind in any way, they might cling to this as a coping mechanism for survival.

at 262).

2

WHEREFORE, the intent of Congress is for the sentencing Court to impose a sentence sufficient, but not greater than necessary.

Respectfully

/s/ Terry L. Weber

Terry L. Weber, OBA #10149
WEBER & ASSOCIATES, P.C.
3429 South Lewis
Tulsa, Oklahoma 74105
(918) 582-1910
(918) 582-2015 Fax
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2026, I electronically submitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to ECF registrants:

**/s/ T. L. Weber**
Terry L. Weber